**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeromy Shawn HAMILTON,**
**Defendant–Appellant.**

No. 03–41506.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

DECIDED: April 8, 2004.

Maureen Clancy Smith, Assistant US Attorney, Sherman, TX, for Plaintiff–Appellee.

Donald Lee Bailey, Sherman, TX, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:*

Jeromy Shawn Hamilton appeals the sentence that he received after he pleaded

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

guilty to conspiracy to distribute and to possess with intent to distribute 500 grams or more of methamphetamine. 21 U.S.C. §§ 841(a), 846. Hamilton argues that the method used by the Drug Enforcement Agency's chemist for testing the purity level of the mixtures of methamphetamine was not sufficiently reliable. Hamilton's reliance on the chemist's testimony in another case is unavailing. Hamilton has failed to show that the district court erred when it attributed 255.7 grams of Methamphetamine (actual) and 27.2 grams of "ice" to him. *See United States v. Medina,* 161 F.3d 867, 876 (5th Cir.1998); *United States v. Lowder,* 148 F.3d 548, 552 (5th Cir. 1998).

AFFIRMED.